# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 11-3750

Ryan Hart          vs.   Electronic Arts, Inc.

## ENTRY OF APPEARANCE

Please the list names of all parties represented, using additional sheet(s) if necessary:

Plaintiff-Appellant Ryan Hart (for purposes of oral argument only)

Indicate the party's role IN THIS COURT (check only one):

____ Petitioner(s)     ✓ Appellant(s)     ____ Intervenor (s)

____ Respondent(s)     ____ Appellee(s)   ____ Amicus Curiae

(Type or Print) Counsel's Name: Michael Rubin

✓ Mr.     Ms.     Mrs.     Miss

Firm: Altshuler Berzon LLP

Address: 177 Post Street, Suite 300

City, State, Zip Code: San Francisco, CA 94108

Phone: (415) 421-7151          Fax: (415) 362-8064

**Primary E-Mail Address (required)** mrubin@altshulerberzon.com

**Additional E-Mail Address (1)** cpitts@altshulerberzon.com
**Additional E-Mail Address (2)** jperley@altshulerberzon.com

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:** /s/ Michael Rubin

---

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

REV. 10/16/09

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2012, I filed and served the foregoing Entry of Appearance (for purposes of oral argument only) by causing copies to be electronically filed and served via the appellate CM/ECF system to the following counsel of record:

Timothy McIlwain
Attorney at Law, LLC
5 Marine View Plaza, Suite 300
Hoboken, NJ  07030
*Attorney for Plaintiff-Appellant Ryan Hart*

Elizabeth A. McNamara
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019
*Attorney for Defendant-Appellee Electronic Arts, Inc.*


Dated:  June 25, 2012                    s/Michael Rubin
                                                Michael Rubin