UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-3750
_____

RYAN HART, individually and on
behalf of all others similarly situated

v.

ELECTRONIC ARTS, INC.,
a Delaware Corporation;
DOES 1-50

Ryan Hart, Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civ. Action Number 3:09-cv-05990)
District Judge: Honorable Freda L. Wolfson
_____

Present: McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL,
AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, GREENAWAY, JR.,
VANASKIE, SHWARTZ, and TASHIMA,[*] Circuit Judges.
_____

SUR PETITION FOR REHEARING
WITH SUGGESTION FOR REHEARING EN BANC
_____

The petition for rehearing filed by Appellee and briefs in support by amici having

been submitted to all judges who participated in the decision of this court, and to all the

---

[*] The vote of Hon. A. Wallace Tashima, Senior Judge, United States Court of
Appeals for the Ninth Circuit, sitting by designation, is limited to panel rehearing only.

other available circuit judges in active service, and a majority of the judges who concurred in the decision not having asked for rehearing, and a majority of the circuit judges of the circuit in regular active service not having voted for rehearing by the court en banc, the petition for rehearing by the panel and the Court en banc is hereby DENIED. Judges Ambro and Fuentes voted for rehearing.

BY THE COURT:

/s/ Joseph A. Greenaway, Jr.
Circuit Judge

Dated: June 25, 2013